**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Moore, Terrance | ) | |
| Moore, Camillia | ) | |
| **Debtors** | ) | CASE NO. 20-30199 |

**ORDER**

This matter comes before the Court on the Motion of the Debtors, by and through Counsel, to suspend the Debtors' plan payments to the Trustee and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtors plan payments be suspended from June 1, 2021 through July 31, 2021.

A copy of this Order will be mailed to the Debtors; Counsel for Debtors; Trustee; and to all scheduled creditors and parties in interest.

Tendered by:
ANDREA L. WASSON
WASSON & THORNHILL, PLLC
2125 Old Shepherdsville Road
Louisville, KY 40218
Phone: 502-964-7878
Fax: 855-257-9256
E-mail: andrea@wassonthornhill.com

Joan A. Lloyd
United States Bankruptcy Judge
Dated: June 21, 2021