| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Terrance Earl Moore |
| Debtor 2 | Camillia Louise Moore<br>fka Camillia Louise Crockett |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the WESTERN District of KENTUCKY | |
| Case number 20-30199 | |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**Last 4 digits** of any number you use to identify the debtor's account: 4071

**Court claim no**. (if known): 13-1

**Date of payment change:** 2/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $2,274.72
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $1,160.93    New escrow payment: $994.69

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:              New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:           New mortgage payment:

Debtor 1 <u>Terrance      Earl      Moore</u>          Case number *(if known)* <u>20-30199</u>
        Print Name    Middle Name    Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/   <u>Erin Elam</u>          Date  <u>12/31/2020</u>
   Signature

Print       <u>Erin                              Elam</u>          Title  <u>Authorized Agent for Creditor</u>
      First Name    Middle Name    Last Name

Company   <u>Robertson, Anschutz, Schneid & Crane, LLC</u>

Address   <u>10700 Abbot's Bridge Rd, Suite 170</u>
          Number    Street

        <u>Duluth                       GA        30097</u>
        City                                  State    ZIP Code

Contact Phone <u>470-321-7112</u>          Email  <u>eelam@rascrane.com</u>

***Remediation has been completed and all credits/adjustments have been applied to the account. To the extent any prior adjustments were not noticed pursuant to the Federal Rule of Bankruptcy Procedure 3002.1, after December 1, 2011 or the Petition Date (whichever is later), the Creditor has given the Debtor the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed under FRBP 3002.1. This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  January 6, 2021 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Terrance Earl Moore
2801 Old Sligo Rd
La Grange, KY 40031

Camillia Louise Moore
2801 Old Sligo Rd
La Grange, KY 40031

And via electronic mail to:

Andrea L. Wasson
2125 Old Shepherdsville Road
Louisville, KY 40218

William W. Lawrence -13
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202

John L. Daugherty
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

                                                         By: /s/ Claude Kamgna
                                                               Claude Kamgna
                                                               email:ckamgna@raslg.com

Final

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

| | |
|---|---|
| Analysis Date: | December 12, 2020 |
| Loan: | |

Property Address:
2801 OLD SLIGO RD
LA GRANGE, KY  40031

TERRANCE E MOORE
2801 OLD SLIGO RD
LA GRANGE KY  40031

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2021 | | Prior Esc Pmt | February 01, 2020 | | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|---|---|
| P & I Pmt: | $1,280.03 | $1,280.03 | | P & I Pmt: | $1,280.03 | | Due Date: | May 01, 2020 |
| Escrow Pmt: | $985.97 | $994.69 | | Escrow Pmt: | $985.97 | | Escrow Balance: | $1,011.04 |
| Other Funds Pmt: | $0.00 | $0.00 | | Other Funds Pmt: | $0.00 | | Anticipated Pmts to Escrow: | $8,873.73 |
| Asst. Pmt (-): | $0.00 | $0.00 | | Asst. Pmt (-): | $0.00 | | Anticipated Pmts from Escrow (-): | $166.46 |
| Reserve Acct Pmt: | $0.00 | $0.00 | | Resrv Acct Pmt: | $0.00 | | | |
| Total Payment | $2,266.00 | $2,274.72 | | Total Payment | $2,266.00 | | Anticipated Escrow Balance: | $9,718.31 |

| Shortage/Overage Information | Effective Feb 01, 2021 | | Cushion Calculation: Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,656.45. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,989.37 or 1/6 of the anticipated payment from the account. |
|---|---|---|---|
| Upcoming Total Annual Bills | $11,936.23 | | |
| Required Cushion | $1,656.45 | | |
| Required Starting Balance | $3,363.88 | | |
| Escrow Shortage | $0.00 | | |
| Surplus | $6354.43 | | |

This is a statement of actual activity in your escrow account from Feb 2020 to Jan 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,235.78 | 2,528.76 |
| Feb 2020 | 2,853.67 | | 2,457.50 | | * Hazard | 1,631.95 | 2,528.76 |
| Feb 2020 | 1,867.70 | 933.85 | 170.00 | | * FHA MI | 3,329.65 | 3,462.61 |
| Mar 2020 | 985.97 | 933.85 | 170.00 | 170.00 | * FHA MI | 4,145.62 | 4,226.46 |
| Mar 2020 | | | | 2,457.50 | * Hazard | 4,145.62 | 1,768.96 |
| Apr 2020 | 985.97 | | 170.00 | 170.00 | * FHA MI | 4,961.59 | 1,598.96 |
| Apr 2020 | | 933.85 | | | * Escrow Only Payment | 4,961.59 | 2,532.81 |
| May 2020 | 985.97 | | 170.00 | 170.00 | * FHA MI | 5,777.56 | 2,362.81 |
| May 2020 | | 933.85 | | | * Escrow Only Payment | 5,777.56 | 3,296.66 |
| Jun 2020 | 985.97 | | 170.00 | 166.46 | * FHA MI | 6,593.53 | 3,130.20 |
| Jun 2020 | | 933.85 | | | * Escrow Only Payment | 6,593.53 | 4,064.05 |
| Jun 2020 | | | | 166.46 | * FHA MI | 6,593.53 | 3,897.59 |
| Jul 2020 | 985.97 | | 170.00 | | * FHA MI | 7,409.50 | 3,897.59 |
| Jul 2020 | | 933.85 | | | * Escrow Only Payment | 7,409.50 | 4,831.44 |
| Aug 2020 | 985.97 | | 170.00 | 166.46 | * FHA MI | 8,225.47 | 4,664.98 |
| Sep 2020 | 985.97 | | 170.00 | 166.46 | * FHA MI | 9,041.44 | 4,498.52 |
| Oct 2020 | 985.97 | 985.97 | 170.00 | 166.46 | * FHA MI | 9,857.41 | 5,318.03 |
| Oct 2020 | | | | 4,159.99 | * County Tax | 9,857.41 | 1,158.04 |
| Oct 2020 | | | | 3,243.06 | * County Tax | 9,857.41 | (2,085.02) |
| Nov 2020 | 985.97 | | 4,121.26 | | * County Tax | 6,722.12 | (2,085.02) |
| Nov 2020 | 1,867.70 | | 3,212.93 | | * County Tax | 5,376.89 | (2,085.02) |
| Nov 2020 | 1,867.70 | | 170.00 | 166.46 | * FHA MI | 7,074.59 | (2,251.48) |
| Dec 2020 | 985.97 | 1,852.70 | 170.00 | 166.46 | * FHA MI | 7,890.56 | (565.24) |
| Jan 2021 | 985.97 | | 170.00 | | * FHA MI | 8,706.53 | (565.24) |
| | | | | | Anticipated Transactions | 8,706.53 | (565.24) |
| Jan 2021 | | 8,873.73 P | | 166.46 | FHA MI | | 8,142.03 |
| | $19,302.44 | $17,315.50 | $11,831.69 | $11,702.23 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing  
For Inquiries: (800) 365-7107

Final

Analysis Date: December 12, 2020  
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 9,718.31 | 3,363.88 |
| Feb 2021 | 994.69 | 2,535.66 | Hazard | 8,177.34 | 1,822.91 |
| Feb 2021 |  | 166.46 | FHA MI | 8,010.88 | 1,656.45 |
| Mar 2021 | 994.69 | 166.46 | FHA MI | 8,839.11 | 2,484.68 |
| Apr 2021 | 994.69 | 166.46 | FHA MI | 9,667.34 | 3,312.91 |
| May 2021 | 994.69 | 166.46 | FHA MI | 10,495.57 | 4,141.14 |
| Jun 2021 | 994.69 | 166.46 | FHA MI | 11,323.80 | 4,969.37 |
| Jul 2021 | 994.69 | 166.46 | FHA MI | 12,152.03 | 5,797.60 |
| Aug 2021 | 994.69 | 166.46 | FHA MI | 12,980.26 | 6,625.83 |
| Sep 2021 | 994.69 | 166.46 | FHA MI | 13,808.49 | 7,454.06 |
| Oct 2021 | 994.69 | 166.46 | FHA MI | 14,636.72 | 8,282.29 |
| Nov 2021 | 994.69 | 3,243.06 | County Tax | 12,388.35 | 6,033.92 |
| Nov 2021 |  | 4,159.99 | County Tax | 8,228.36 | 1,873.93 |
| Nov 2021 |  | 166.46 | FHA MI | 8,061.90 | 1,707.47 |
| Dec 2021 | 994.69 | 166.46 | FHA MI | 8,890.13 | 2,535.70 |
| Jan 2022 | 994.69 | 166.46 | FHA MI | 9,718.36 | 3,363.93 |
|  | $11,936.28 | $11,936.23 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 9,718.31. Your starting  
balance (escrow balance required) according to this analysis should be $3,363.88. This means you have a surplus of 6,354.43.  
This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account.  
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.  
A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 11,936.23. We divide that amount by the number of payments expected during the coming year  
to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $994.69 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $994.69 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC  29603 0826